## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

POLYTORX LLC a Michigan
Limited Liability Company,

        Plaintiff,

v.

MICHAEL CLEARY, an individual, and
HELIX NEW YORK LLC , a New York
Limited Liability Company,

        Defendants.
_____

Civil Action No. 15-cv-14386
Hon. Paul D. Borman

Kevin F. O'Shea (P40586)
Emily E. Hughes (P68724)
THE MILLER LAW FIRM, P.C.
950 W. University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
kfo@millerlawpc.com
eeh@millerlawpc.com
*Attorneys for Plaintiff*

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(i)

Plaintiff, Polytorx LLC, by and through its attorneys, The Miller Law Firm, P.C., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Michael Cleary and Helix New York LLC and without costs to any party.

1

Respectfully submitted,

**THE MILLER LAW FIRM, P.C.**

By: */s/ Emily E. Hughes*
Kevin F. O'Shea (P40586)
Emily E. Hughes (P68724)
The Miller Law Firm, P.C.
950 W. University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
*Attorneys for Plaintiff*

Dated: October 7, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POLYTORX LLC a Michigan
Limited Liability Company,

        Plaintiff,

v.

MICHAEL CLEARY, an individual, and
HELIX NEW YORK LLC , a New York
Limited Liability Company,

        Defendants.

_____

Civil Action No. 15-cv-14386
Hon. Paul D. Borman

Kevin F. O'Shea (P40586)
Emily E. Hughes (P68724)
THE MILLER LAW FIRM, P.C.
950 W. University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
kfo@millerlawpc.com
eeh@millerlawpc.com
*Attorneys for Plaintiff*

## PROOF OF SERVICE

Alexis C. Haan certifies that on October 7, 2016, she served Notice Of Voluntary Dismissal Pursuant To FRCP 41(a)(1)(A)(i) and this Proof of Service via Electronic Case Filing System and upon:

Polly Feigenbaum, Esq.
Law Office of Polly Feigenbaum PLLC
2 Wall Street, Suite 3, 2nd Floor
Albany, NY 12205
**Via U.S. Mail**

2

Michael Cleary
Individually and on behalf of Helix New York LLC
PO Box 330
Voorheesville, NY 12186
**Via U.S. Mail and Certified Mail, Return Receipt Requested**

and,

Michael Cleary
Individually and on behalf of Helix New York LLC
8 Jani Lane
Voorheesville, NY 12186
**Via U.S. Mail and Certified Mail, Return Receipt Requested**

      I declare under the penalty of perjury that the statements made above are true to the best of my knowledge, information, and belief.

                                               */s/ Alexis C. Haan*
                                               Alexis C. Haan