UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POLYTORX LLC,

    Plaintiff,

v.

MICHAEL CLEARY et al.,

    Defendants.
_____/

Case No. 15-cv-14386

Paul D. Borman
United States District Judge

ORDER DISMISSING CASE

On October 7, 2016, the plaintiff filed a notice of voluntary dismissal of this case without prejudice.

Accordingly, it is ORDERED that the above matter is DISMISSED without prejudice.

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: OCT 11 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on OCT 11 2016

s/Deborah Tofil
Case Manager